UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DANA M. CANTRELLE,

        Plaintiff,                      CASE NO.: 14-cv-1776

vs.

WILLIAM V. CLAYTON, FORBY CONTRACTING, INC. and LIBERTY MUTUAL INSURANCE COMPANIES,

        Defendants.

_____/

**COMPLAINT**

1.    This is an action for damages caused by Defendants and brought pursuant to Article 2315 of the Louisiana Civil Code and a direct action brought pursuant to the Louisiana Direct Action Statute, La. R.S. 22:655.

**JURISDICTION AND VENUE**

2.    This Court has jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1332 because Plaintiff is a citizen of the State of Louisiana and Defendants are citizens of Minnesota and Massachusetts, and because this is an action for damages in excess of $75,000.00.

3.    Venue is proper in this district, pursuant to 28 U.S.C. § 1391 (b) and (c), because the acts of negligence complained of herein occurred within this district.

## **PARTIES**

4. Plaintiff is an individual of full age and majority domiciled in and a resident Jefferson Parish, State of Louisiana.

5. Made defendants herein are:

   (a) WILLIAM V. CLAYTON (hereinafter referred to as Defendant, CLAYTON) an individual of full age and majority domiciled in and a resident of City of Andover, County of Anoka, State of Minnesota;

   (b) FORBY CONTRACTING, INC., (hereinafter referred to as "FORBY" or "Defendant FORBY") a non-Louisiana corporation, registered to do and doing business in Louisiana, with its principal offices located in the City of Hinkley, County of Pine, State of Minnesota; and

   (c) LIBERTY MUTUAL INSURANCE COMPANIES (hereinafter referred to as LIBERTY MUTUAL) is a foreign insurer, also encompassing Wassau Underwriters Insurance Company and Liberty Mutual Insurance, authorized to do and doing business in Louisiana.

6. The defendants are liable unto Dana M. Cantrelle, *in solido*, for all damages reasonable under the premise of this lawsuit, for the following reasons:

## **FACTS**

7. Defendant, CLAYTON, at all times relevant hereto, was the operator of the motor vehicle involved in the collision which is the subject of this lawsuit.

8. On August 8, 2014, Dana M. Cantrelle was driving her vehicle northbound on Elysian Fields Ave., New Orleans, Louisiana at approximately 2:40 a.m., when she approached the intersection of St. Claude Ave.

9.      Defendant, CLAYTON, was driving eastbound on St. Claude Ave. when he failed to stop for the red traffic light at the intersection of St. Claude Ave. and Elysian Fields Ave., failed to yield the right of way to Dana M. Cantrelle's vehicle, and collided with Dana M. Cantrelle's vehicle.

10.     Defendant, CLAYTON, was cited for disregarding a traffic signal pursuant to New Orleans City Code 154-236.

11.     As a result of the accident Plaintiff suffered bodily injury damages, including, but not limited to, injuries to her cervical, thoracic and lumbar spine, and incurred the following damages:

(a) Past and future medical expenses;

(b) Past, present and future physical pain and suffering and loss of function;

(c) Past, present and future mental anguish and emotional distress; and

(d) Loss of enjoyment of life.

## COUNT I - NEGLIGECE OF DEFENDANT, CLAYTON

12.     The acts of fault and negligence on the part of Defendant, CLAYTON, were:  (a) failing to maintain adequate and proper control of his vehicle; (b) being inattentive while operating a motor vehicle; (c) failing to keep a proper lookout; (d) failure to see what should have been seen; and (e) any and all other acts of negligence which may be proven at the time of the trial of this matter or between this date and the trial of this matter, all of which were in contravention of the exercise of due care, prudence, and the laws of the State of Louisiana and Parish of Orleans, which are specifically pleaded herein, as though copied *in extenso*.

## COUNT II - NEGLIGENCE OF DEFENDANT, FORBY

13.     Defendant, FORBY, owner of the vehicle driven by Defendant, CLAYTON, committed the following acts of fault and negligence, which were the proximate cause of the collision and the damages complained of herein: (a) permitting the reckless and negligent operation of its vehicle by Defendant, CLAYTON; (b) permitting its vehicle to be operated by an incapable and unskilled driver; (c) failing to keep due and proper control over the vehicle's use; (d) alternatively, failing to follow proper procedures for maintenance and service of the vehicle; (e) failing to properly train, supervise and update Defendant, CLAYTON, on safe and proper driving and road safety procedures, regulations and defensive driving skills, provide regular safe driving meetings, and issue written driving safety material or manuals; and (f) such further and other acts and omissions as will be proved at trial.

14.     Based on information and belief, the vehicle owned by Defendant, FORBY,was a commercial vehicle being used and driven by Defendant, CLAYTON, an employee of Defendant, FORBY, for the benefit of and with the permission of Defendant, FORBY.

15.     Based on information and belief, it is further alleged that Defendant, CLAYTON, at the time of the accident and at all times relevant hereto, was acting in the scope of his employment with Defendant, FORBY, and that Defendant, FORBY, is therefore a proper party defendant to this action pursuant to the doctrine of *respondeat superior.*

## COUNT III - DIRECT ACTION AGAINST DEFENDANT, LIBERTY MUTUAL

16.     Plaintiff has a right of action against LIBERTY MUTUAL pursuant to the Louisiana Direct Action Statute, La. R.S. 22:655.

17. LIBERTY MUTUAL is a foreign insurer authorized to do and doing business in Louisiana, and at all times relevant hereto, had in full force and effect a policy or policies of insurance covering the vehicle operated by Defendant, CLAYTON, and owned by Defendant, FORBY, for the losses complained of herein.

**WHEREFORE**, Plaintiff, Dana M. Cantrelle, prays that there be a judgment in favor of Plaintiff and against all Defendants jointly, severally and *in solido*, for all damages reasonable under the premise of this lawsuit, in a sum greater than Seventy-five Thousand Dollars ($75,000.00), together with legal interest thereon from the date of judicial demand, and for all costs of these proceedings, including, but not limited to, expert witness fees, and for all such general and equitable relief as law and equity allow and as deemed necessary and proper by this Honorable Court.

Respectfully Submitted by:

DOSKEY LAW, P.L.C.

s/ Edward A. Doskey
Edward A. Doskey   Bar ID  30993
807 Howard Ave.
New Orleans, LA 70113-1107
Phone: 504-684-4473
Fax: 504-324-2398
ed@doskeylaw.com