UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANA CANTRELLE | CIVIL ACTION |
| VERSUS | NO: 14-1776 |
| WILLIAM V. CLAYTON, ET AL. | SECTION: J(3) |

**ORDER**

Before the Court is Plaintiff's *Motion for Summary Judgment to Enforce Settlement* (**Rec. Doc. 51**), which includes a request for attorneys' fees, and an *Opposition* thereto (**Rec. Doc. 54**) by Defendants, William V. Clayton, Forby Contracting, Inc., and Liberty Mutual Insurance Company. Considering the parties' pleadings and the fact that the settlement has been consummated since the filing of Plaintiff's motion,

**IT IS ORDERED** that the motion is **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that Plaintiff's request for attorneys' fees is **DENIED** because Plaintiff failed to allege that Defendants acted in bad faith "to delay and frustrate a settlement agreement." *E.N. Bisso & Son, Inc. v. World Marine Transp. & Salvage, Inc.*, No. 94-0690, 1996 WL 28520, at *5 (E.D. La. Jan. 23, 1996).

New Orleans, Louisiana this 4th day of November, 2015.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE